```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA

                     Alexandria Division


DORA ADKINS,                    )
                                )
     Plaintiff,                 )
                                )
          v.                    )    1:08cv91 (JCC)
                                )
FAIRFAX COUNTY SCHOOL BOARD,    )
et al.,                         )
                                )
     Defendants.                )
```

**O R D E R**

       For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

       (1) Defendants Fairfax County School Board and Daniel G. Storck's Motion to Dismiss is GRANTED;

       (2) Plaintiff Dora Adkins's Complaint is DISMISSED WITH PREJUDICE;

       (3) Plaintiff is ENJOINED from filing suits in the United States District Court against Defendant Fairfax County School Board, its officers, and its board members without leave of a United States District Judge or a United States Magistrate Judge.  The United States District Judge or United States Magistrate Judge must first review the proposed Complaint prior to Plaintiff paying the filing fee to determine whether the claims attested to on the facts of the Complaint are not frivolous;

(4) Plaintiff, *pro se*, shall have thirty (30) days from the date of entry of this Order to file a notice of appeal; and

(5) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record and to Plaintiff, *pro se*.

THIS ORDER IS FINAL.


May 15, 2008                         _____/s/_____
Alexandria, Virginia                       James C. Cacheris
                               UNITED STATES DISTRICT COURT JUDGE